IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH TAYLOR**                                                                             **PLAINTIFF**

v.                            CASE No. 3:25-cv-121-JM

**JENNIFER HOBBS,** *et al.*                                                 **DEFENDANTS**

## ORDER

Plaintiff Joseph Taylor hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by July 25, 2025. If he does not, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). A public records search reveals that Joseph Taylor is currently detained in the Cross County Detention Center. The Court directs the Clerk to mail Taylor an application to proceed *in forma pauperis* and a blank § 1983 form at the address provided as well as to the Cross County Detention Center, 1600 South Falls Blvd., Wynne, AR 72396. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Taylor will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

IT IS SO ORDERED this 25th day of June, 2025.

_____
James M. Moody Jr.
United States District Judge