IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH TAYLOR**                                                                     **PLAINTIFF**

v.                      **CASE No. 3:25-cv-121-JM**

**JENNIFER HOBBS,** *et al.*                                           **DEFENDANTS**

## ORDER

Plaintiff Joseph Taylor's Complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2). Furthermore, his mail has been returned as undeliverable (Doc. 3), and he has failed to promptly advise the Clerk of his change in address as required by the Court's rules. LOCAL RULE 5.5(c)(2).

It is so ordered, this 28th day of July, 2025.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE